IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID L. MINGER**, <br><br> Plaintiff, <br><br> v. <br><br> **HOOD COMMUNITY COLLEGE DISTRICT**, et al., <br><br> Defendants. | Case No. 3:14-cv-1460-SI <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

Plaintiff's motion to dismiss his Third, Fourth, Fifth, and Seventh claims for relief (Dkt. 26) is GRANTED. These claims are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED this 23rd day of November, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 1 – ORDER